**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TODD GREEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No.  10-282 Erie |
| v. | ) | |
| | ) | |
| JOSEPH MAZURKIEWICZ, et al., | ) | |
| | ) | |
| Respondents. | ) | |

<u>MEMORANDUM ORDER</u>

This action was received by the Clerk of Court on November 22, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 14], filed on February 8, 2012, recommended that the petition for writ of habeas corpus be denied and that a certificate of appealability be denied.  The parties were allowed fourteen (14) days from the date of service to file objections.  No objections have been filed.  After <u>de novo</u> review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of March, 2012;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [ECF No. 14] of Magistrate Judge Baxter, filed on February 8, 2012 is adopted as the opinion of the Court.

s/   Sean J. McLaughlin
United States District Judge

1

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge